UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. CAPLAN, as Trustee of the Pasternack Family Insurance Trust, dated March 3, 2006, <br><br> Plaintiff, <br><br> vs. <br><br> TRANSAMERICA LIFE INSURANCE COMPANY, successor in interest to TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY and DOES 1 through 25, incl., <br><br> Defendants. | Case No. 22-cv-02449-TLT <br><br> **[~~PROPOSED~~] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br><br> Case Filed: February 28, 2022 <br> Case Removed: April 20, 2022 <br> Trial Date: September 11, 2023 |

Goodman Neuman Hamilton LLP
One Post Street
Suite 2100
San Francisco, CA 94104
Tel.: (415) 705-0400

In accordance with the stipulation of the parties, IT IS HEREBY ORDERED that the above captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: May 16, 2023

_____
UNITED STATES DISTRICT JUDGE

Goodman Neuman Hamilton LLP
One Post Street
Suite 2100
San Francisco, CA 94104
Tel.: (415) 705-0400

-2-
[~~PROPOSED~~] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE